IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.:   10-po-00029-GJR

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FERNANDO SANTOS-ROBLES,

    Defendant.

___

**ORDER**
___

The Defendant pleaded guilty to operating a motor vehicle while under the influence of alcohol in violation of 36 C.F.R. § 3.10(a)(1) and 16 U.S.C. § 3.

Judgment entered on October 21, 2010.

The Defendant was ordered to complete an alcohol evaluation and provide results of evaluation to this Court and comply with recommendations of alcohol evaluation and provide verification of completion to the Court by October 31, 2011.

The Defendant through his attorney Mr. Riser has provided documentation to this Court that he completed an alcohol evaluation at the Center for Mental Health in Gunnison, Colorado and further that he has complied with the recommendations of the alcohol evaluation.

Verification of compliance with the recommendations having been filed with the Court, conditions and all special conditions having been met, the Defendant is **DISCHARGED** from any further supervision of the Court and the Order of Judgment is considered fully satisfied.

Dated this 14th day of February, 2011.

BY THE COURT:

s/ Gudrun J. Rice

_____

Gudrun J. Rice
United States Magistrate Judge